IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOE COOK                                                                                                    PLAINTIFF

V.                                    CASE NO. 1:16-CV-01063

SHERIFF DAVID NORWOOD,
Ouachita County Sheriff's Department;
JAMES BOLTON, Jail Administrator;
JAILER NICOLE L. FERGUSON; and
JAILER BOBBY JOE JOHNSON                                                                DEFENDANTS

## ORDER

Before the Court is Plaintiff's Rule 41 Dismissal of Actions to Summary Judgment as to Defendants David Norwood, James Bolton, and Bobby Joe Johnson. ECF No. 44. The Court construes this pleading as a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2). Defendants Norwood, Bolton, and Johnson have no objections and stipulate to their dismissal. ECF No. 45.

The Federal Rules of Civil Procedure allow a Plaintiff to dismiss an action, by court order, on "terms that the court considers proper." FED. R. CIV. P. 41(a)(2). Dismissal under Rule 41(a)(2) is without prejudice unless the court states otherwise. *Id.*

Accordingly, Plaintiff's Complaint (ECF No. 1) and Amended Complaint (ECF No. 28) should be and hereby are **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2) against Defendants David Norwood, James Bolton, and Bobby Joe Johnson. Plaintiff's claims against Defendant Nicole Ferguson remain for further proceedings.

**IT IS SO ORDERED**, this 10th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge